# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | In Proceedings for a |
| ) | Reorganization |
| AIR NAIL COMPANY, INC., a Pennsylvania ) | under Chapter 11 |
| Corporation, *et al* ) | |
| ) | Jointly Administered at |
| Debtors. ) | Bankruptcy No.: 03-29029 |
| ) | |
| ) | Docket No.: |

## MOTION FOR FINAL DECREE

AND NOW, comes Air Nail Company, Inc., International Staple and Machine Company, Container Stapling Company, and ISM Investments, Inc., by and through its counsel, LEECH TISHMAN FUSCALDO & LAMPL, LLC, and files the within Motion for Final Decree, representing as follows:

1. In accordance with the terms of the Joint Plan of Reorganization dated December 10, 2004, which was confirmed on February 24, 2005 and amended by Order of Court dated March 9, 2005, the Debtors have made payment to its creditors and parties-in-interest as provided therein.

2. The Joint Plan of Reorganization has been substantially consummated as defined in 11 U.S.C. § 1101(2).

WHEREFORE, Debtor respectfully prays for an Order of Court issuing a Final Decree.

Respectfully submitted,

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Date: 03/24/2005     By: /s/ John M. Steiner
                         John M. Steiner, Esquire
                         PA I.D. #79390
                         525 William Penn Place
                         30th Floor
                         Pittsburgh, PA 15219
                         (412) 261-1600
                         Counsel for the Debtors